

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-01175-CR

MARK STEVEN RASCOE, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Criminal Court at Law No. 10 of Harris County.   (Tr. Ct. No. 1834994).

**TO THE COUNTY CRIMINAL COURT AT LAW NO. 10 OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 16th day of June 2015, the cause upon appeal to revise or to reverse your judgment was determined.   This Court made its order in these words:

This case is an appeal from the judgment signed by the trial court on November 29, 2012. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.   Accordingly, the Court affirms the trial court's judgment.

The Court orders that this decision be certified below for observance.

Judgment rendered June 16, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

August 28, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

